UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| DEREK BAILY BRYNER, by his Guardian GERI ANN BRYNER, <br><br> Plaintiff, <br><br> v. <br><br> NANCY A. BERRYHILL, Acting Commissioner of Social Security <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) CIVIL NO. 1:17cv49 |

## OPINION AND ORDER

This matter is before the court on a motion for award of attorney fees pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), filed by the Plaintiff on December 15 2017. On December 28, 2017, Plaintiff and the Defendant Commissioner entered into a Joint Stipulation to an Award of Attorney Fees Under EAJA. The parties stipulated to an award to Plaintiff under the EAJA in the amount of $5,693.29 in fees. The stipulation states that this award will settle all claims for EAJA fees in this suit.

In light of the Joint Stipulation, Plaintiff's motion for EAJA fees is hereby GRANTED.

Entered: January 11, 2018.

                                                                                      s/ William C. Lee
                                                                                      William C. Lee, Judge
                                                                                      United States District Court